No. 826, Misc. POLLINO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 832, Misc. HEARD *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 834, Misc. PORTER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James R. Scullen* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 839, Misc. LUCAS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 844, Misc. EGITTO *v.* JACKSON, WARDEN. Appellate Division of the Supreme Court of New York, Third Judicial Department. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for respondent.

No. 874, Misc. GEORGE *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 876, Misc. ALLEN *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 795, Misc. SCHLETTE *v.* KEATING, JUDGE. C. A. 9th Cir. The petition for writ of certiorari and for other relief is denied.